**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**KIRK LOUDER,**<br><br>　　　　Defendant. | Case No.: 12-CR-629-01 YGR<br><br>**ORDER AMENDING JUDGMENT AND COMMITMENT ORDER *NUNC PRO TUNC*; AMENDING ORDER ON FORM 12** |

**ON THE COURT'S OWN MOTION**, it is hereby **ORDERED** that the Judgment and Commitment Order entered by this Court on October 3, 2013, is and shall be amended *nunc pro tunc* to correct a clerical error. The October 3, 2013 Judgment and Commitment Order is hereby **AMENDED** to reflect that the term of supervised release is:

　　-- three (3) years for Counts 1 and 3; and

　　-- *one (1) year* for Count 5 [*corrected*], to run concurrent to the term of Supervised Release for Counts 1 and 3.

The Order Granting Request for Modifying the Conditions or Term of Supervision With Consent of the Offender (Form 12), entered by this Court on September 1, 2015, is likewise **ORDERED AMENDED** to reflect the correct term of Supervised Release as state herein.

**IT IS SO ORDERED**.

Date: September 10, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**